JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RIVERA,<br><br>        Petitioner,<br><br>        v.<br><br>NEIL MCDOWELL, Warden,<br><br>        Respondent. | Case No. ED CV 20-1385-DSF (SP)<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: March 15, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE